THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WALTER DAVIS, Appellant.

Argued June 1, 1949; decided July 19, 1949.

*Harry G. Anderson, Harry Chiert* and *George I. Swetlow* for appellant.

*Miles F. McDonald, District Attorney (Solomon A. Klein* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.